JS-6

**JML LAW, APLC**
ERIC M. GRUZEN STATE BAR NO. 222448
egruzen@jmllaw.com
SHAHLA JALIL-VALLES, STATE BAR NO. 327827
shahla@jmllaw.com
5855 Topanga Canyon Blvd. Suite 300
Woodland Hills, CA 91367
Telephone: (818) 610-8800
Facsimile: (818) 610-3030

Attorneys for Plaintiff
**Mario Adams**

**LITTLER MENDELSON, P.C.**
Tanya J. Darrow (SBN:175502)
 tdarrow@littler.com
633 West 5th Street, 63rd Floor
Los Angeles, CA 90071
Tel:   (213) 443-4300
Fax:   (213) 443-4299

**LITTLER MENDELSON, P.C.**
Devon S. Mills (SBN:325471)
 dsmills@littler.com
2049 Century Park East, 5th floor
Los Angeles, CA 90067
Tel:   (310) 553-0308
Fax:   (310) 553-5583

Attorneys for Defendant
**GNC HOLDINGS, LLC**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ADAMS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GNC HOLDINGS, LLC; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. 5:22-CV-00651-JGB-SP<br>*(Assigned for all purposes to the District Judge Jesus G. Bernal)*<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed: January 6, 2022 |

1

**ORDER DISMISSING ACTION WITH PREJUDICE**

## ORDER

After full consideration of an executed Joint Stipulation Dismissing Action with Prejudice under Federal Code of Civil Procedure 41(a), IT IS HEREBY ORDERED that Plaintiff's Complaint and this entire action, including all claims against Defendants, are dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: January 27, 2023

JESUS G. BERNAL
UNITED STATE DISTRICT JUDGE